**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JERI E. BUTLER** **PLAINTIFF**

**v.** **Case No. 4:25-cv-1316-JM**

**CRESTHAVEN PROPERTY OWNERS' ASSOCIATION, INC., *et al.*** **DEFENDANTS**

**ORDER**

Butler's unopposed motion for an extension of time until November 9, 2026 to respond to discovery (Doc. 47) is GRANTED.

Butler's renewed motion for electronic filing privileges (Doc. 48) is DENIED because such relief is not available to pro se litigants. *See* Doc. 3.

IT IS SO ORDERED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE